IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALEXANDER E. JONES,<br>Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | Civil No. A-18-CV-0318-LY |
| KELLY R. JONES,<br>Defendant | §<br>§<br>§ | |

## ORDER

Before the Court in the above styled and numbered cause is Plaintiff's Motion to Rescind or Otherwise Waive Order for State File, or Alternatively, to Seal Records (Dkt. No. 9) filed April 26, 2018.

**IT IS ORDERED** that Plaintiff's Motion to Rescind or Waive Order for State File, or Alternatively, to Seal Records is **GRANTED. IT IS FURTHER ORDERED** that ...

_____ the requirement for Defendant to supplement the record with state court pleadings as set forth in this Court's April 17, 2018 Order in the above styled and numbered cause is hereby waived until a determination on Plaintiff's Motion to Remand has been made. As such, Plaintiff shall not supplement the record with state court pleadings until further order of this Court.

_____ the requirement for Defendant to supplement the record with state court pleadings as set forth in this Court's April 17, 2018 Order in the above styled and numbered cause shall remain in full force and effect and that the Court's file in this cause of action is hereby sealed and will not become public or otherwise disclosed or permitted to come into the possession or control of any persons other than the parties, attorneys of record for the parties in this case, the regular staff of the parties' attorneys, certified court reporters and their staffs, and the personnel of the court.

SIGNED this _____ day of April, 2018.


_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE