# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ALEXANDER E. JONES | § | |
| | § | |
| V. | § | A-18-CV-318-LY |
| | § | |
| KELLY R. JONES | § | |

## ORDER

Before the Court is Plaintiff's Motion for the Court to Rescind or Otherwise Waive Order for State File or, Alternatively, Motion to Seal Records (Dkt. No. 9). The Court previously, by Text Order, granted Plaintiff's motion. To clarify, the Court **ORDERS** that the requirement for the parties to supplement the record with state court pleadings is **HEREBY WAIVED** until a determination has been made on Plaintiff's Motion to Remand.

SIGNED this 4th day of May, 2018.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE