**FILED**

JUN 0 6 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ W.K.
                    DEPUTY

Travis County District Clerk
District Court for the 53rd Judicial District
1000 Guadalupe
P.O. Box 679003 (78767)
Austin, TX 78701

1:18-cv-318
Remand Order #19

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
_____
Street, Apt. No.;
or PO Box No.
_____
City, State, ZIP+4
_____

PS Form 3800, August 2006          See Reverse for Instructions