UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALEXANDER E. JONES, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CASE # 1:18-CV-0318-LY |
| | § | |
| KELLY R. JONES, | § | |
| | § | |
| **Defendant.** | § | |

NOTICE OF APPEAL

Notice is hereby given that Defendant, Kelly R. Jones, appeals to the United States Court of Appeals for the Fifth Circuit from the Order dated June 5, 2018, and signed by the Honorable Judge Lee Yeakel of the Western District of Texas in the above-styled case.

Pursuant to 28 U.S.C. § 2107, this appeal is timely if filed within 30 days of the date of the final order dated June 5, 2018.

> */s/ Kelly R. Jones*
> Kelly R. Jones
> *Pro Se* Defendant
> 11601 Hwy 290 W
> Suite A101, #307
> Austin, TX 78737
> Email: kelly@violetkelly.com
> Phone: (512) 789-7130

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to each individual indicated below on or before the 12th day of June, 2018, through the electronic filing manager:

David F. Minton, attorney for Plaintiff

*/s/ Kelly R. Jones*
Kelly R. Jones
*Pro Se* Defendant