IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-50482
_____

ALEXANDER E. JONES,

    Plaintiff - Appellee

v.

KELLY R. JONES,

    Defendant - Appellant

**A True Copy**
Certified order issued Sep 11, 2018

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Appeal from the United States District Court for the
Western District of Texas

_____

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of September 11, 2018, for want of prosecution. The appellant failed to timely file a brief and record excerpts.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              *Melissa Mattingly*

                              By: _____
                              Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 11, 2018

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 18-50482    Alexander Jones v. Kelly Jones
                      USDC No. 1:18-CV-318

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa V. Mattingly, Deputy Clerk
                              504-310-7719

cc w/encl:
    Mr. John Charles Carsey
    Mr. Kelly R. Jones
    Mr. David Francis Minton